reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Thomas Nelson as Administrator, etc., Respondent, v. James L. Armstrong, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Helen Traphagen, by Guardian, Respondent, v. The Fidelity and Casualty Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Catherine Areson, Appellant, v The Long Island Railroad Company, Respondent. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., dissenting.

William J. McCaldin, Respondent, v. The Greenwich Insurance Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Bailey Hobbs, Respondent, v. Henry W. Bashford, Appellant. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Francis E. Tierney, Appellant, v. White, Porter & Paige Manufacturing Company, Respondent.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Levi P. Rose, Respondent, v. David Hawley and others, Appellants. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

John J. Stanwood, Appellant, v. David J. Tyson, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Albert L. Dow and others, Respondents, v. Henry Lansdale and others, Appellants.—Judgment affirmed, with costs. Opinion by Dykman, J.

Sophia Schreiber, Respondent, v. The Twenty-third Street Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J

Philip Fitzpatrick, Respondent, v. Benjamin F. Burdick, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Araminta H. Bedell, Respondent, v. Charles C. Bedell and others, Appellants. —Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard P. J., not sitting.

Charles E. McDowell, Respondent, v. The New York and Sea Beach Railway Company, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

William Gray v. Cornelius Smith, Appellant, Impleaded, etc. — Order striking out demurrer affirmed, with costs and disbursements to be included in the plaintiff's bill of costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Mary E. Ryan, Respondent, v. The Manhattan Railway Company, Appellant.—Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York ex rel. John Buchanan, Appellant, v. The Commissioners of the Department of Fire and Buildings of the City of Brooklyn, Respondents.

The People of the State of New York ex rel. William H Manning v. Same Defendant.

The People of the State of New York ex rel. Ernest Lesche, Appellant, v. Same Respondents.

The People of the State of New York ex rel. John H. Jeffers v. Same Defendant. — Order

dismissing relators reversed, with ten dollars costs in each appeal. Opinion by Dykman, J.

Eliza Baisley, Respondent, v. The Rose Brick Company, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

Michael Bennett and another, Executors, Appellants, v. John M. Peck, Respondent. — Judgment affirmed, with costs. Opinion by Dykman, J.

Mary E. Y. Howe v. James Leyall and another.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Edward P. Day, Respondent, v. Edward Taylor Hunt, as Executor, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P J.; Dykman, J., not sitting.

Cornelia H. Bishop, Respondent, v. The Village of Goshen, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Henrietta McVoy, Respondent, v. Abner Mills, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Stephen S. Newton, Appellant, v. John S. Wells and another, Respondents.—Judgment modified by striking out costs and allowance granted against defendant, and as modified affirmed, without costs. Opinion by Pratt, J.

Eliza Allison, Appellant, v. The Village of Middletown, Respondent.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Albert B. Parker, Plaintiff, v. Samuel Loring, Defendant. — Judgment for defendant upon submitted case, without costs. Opinion by Barnard, P. J.

Henry C. Brown, Plaintiff, v. German American Insurance Company, Defendant.— Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Village of Port Jervis, Appellant, v. Barrett Bridge Company, Respondent. — Judgment reversed and that of justice affirmed; motion to dismiss appeal denied. Opinion by Barnard, P. J.

Alexander H. Dudley, Appellant, v. Matthew V. B. Brinkerhoff, Respondent.—Order refusing to dismiss appeal denied and judgment reversed, with costs. Opinion by Dykman, J.

Charlotte E. Merritt, Appellant, v. Gardiner S. Lockwood, Respondent, Impleaded. — Judgment affirmed, with costs. Opinion by Pratt, J.

Charles T. Redfield, Respondent, v. Charles W. Still, as Executor, etc., Appellant —Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Matter of Taxation of Hannah Easten.—Decree affirmed, with costs. Opinion by Pratt, J.

Thomas Burns, Plaintiff, v. Staten Island Rapid Transit Railroad Company, Defendant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Alma McCord, Appellant, v. The Town of Ossining, Respondent.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., dissenting.

In the Matter of the Application of the Staten Island Rapid Transit Railroad Company to Acquire Title to Certain Real Estate in which the People of the State of New York and others are the parties interested. Opinion by Pratt, J. Order refusing leave to file supplemental answer affirmed, with costs; order refusing to remove commissioners affirmed; upon the appeal from order confirming report reargument ordered.